**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01474-ZLW

CHARLES ROBERT SHEPARD,

    Plaintiff,

v.

MR. RON PETERSON, (Nurse Practitioner, FLCF),
DR. PATTY BEECROFT, (Physician, FLCF),
DR. K. NEUFELD, (Medical Director, D.O.C.),
DR. SHAMES, (first name not known) (Medical Policy Consultant, D.O.C.),
MR. JOE ORTIZ, (Director of Department of Corrections), and
MR. BILL OWENS, (Governor of the State of Colorado),

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Inquiry of Action or Status" filed on November 10, 2005, in which he apparently seeks to know the status of this action, is GRANTED. The instant action was dismissed by order filed on November 2, 2005. Plaintiff's "Addendum to Complaint" filed on November 10, 2005, will not be considered because this action has been dismissed.

Dated: November 14, 2005

---

Copies of this Minute Order mailed on November 14, 2005, to the following:

Charles Robert Shepard
Prisoner No. 99669
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

                                            Secretary/Deputy Clerk